IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 13-cv-21463-KMM

INTERCARRIER COMMUNICATIONS, LLC,

    Plaintiff,

vs.                                **ORDER OF TRANSFER**

INTEROP TECHNOLOGIES, LLC,

    Defendant.
_____/

    GOOD CAUSE appearing that a transfer of these actions is appropriate pursuant to Local Rule 3.9(C), S.D. Fla. L.R., due to lower-numbered Case No. 13-cv-20381-JAL and subject to the consent of the Honorable Joan A. Lenard, United States District Judge, it is

    ADJUDGED that the above-numbered action is transferred to the calendar of the Honorable Joan A. Lenard for all further proceedings.

    DONE AND ORDERED in Chambers at Miami, Florida, this 25th day of April, 2013.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

    After reviewing the court file in the above-numbered action, the undersigned hereby accepts the transfer of said case. Therefore, it is

    ADJUDGED that all pleadings hereinafter filed shall bear Case No. 13-cv-20381-JAL, thereby indicating the Judge to whom all pleadings should be routed or otherwise brought for attention.

    THE FOREGOING transfer is herewith accepted this 25 day of April, 2013.

JOAN A. LENARD
UNITED STATES DISTRICT JUDGE

cc:     Clerk of Court
        All Counsel of Record